THOMAS P. WOOD, Respondent, *v.* THE THIRD AVENUE RAILROAD COMPANY, Appellant.

*Wood* v. *Third Avenue R. R. Co.*, 91 Hun, 276, affirmed.
(Argued October 25, 1898; decided November 22, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the second judicial department, entered December 18, 1895, upon an order reversing an order of the Kings County Circuit granting a motion to set aside a verdict

in favor of plaintiff and for a new trial, and directing judgment upon the verdict.

*Eugene Treadwell* and *Henry L. Scheuerman,* for appellant.

*Isaac M. Kapper* for respondent.

Judgment and order affirmed, with costs; no opinion.

Concur: BARTLETT, HAIGHT, MARTIN and VANN, JJ.; dissent, PARKER, Ch. J., GRAY and O'BRIEN, JJ.